

# NUMBER 13-99-00741-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SCI TEXAS FUNERAL SERVICES, INC.

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam[1]

On May 4, 2000, this Court abated this original proceeding pending action by the trial court on a petition for bill of review. There was no further activity in this cause until March 5, 2009, when this Court ordered the parties to file an advisory regarding the status of the mandamus proceeding and, if applicable, a motion to reinstate or a motion to dismiss. Relator has now filed a motion to dismiss this proceeding on grounds that it is moot. More than ten days have passed and the real parties in interest have not filed a response to the motion to dismiss.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the motion to dismiss, is of the opinion that relator has shown itself entitled to the relief sought. Accordingly, the motion to dismiss is GRANTED, and the petition for writ of mandamus is DISMISSED AS MOOT without reference to the merits.

IT IS SO ORDERED.

PER CURIAM

Memorandum Opinion delivered and filed
this 23rd day of April, 2009.